BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant EVANS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DOUGLAS EVANS, ) <br> ) <br> Defendant. ) <br> ) | No. CR 02-0353 ~~MAG~~ VRW <br><br> STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING REVOCATION HEARING |

STIPULATION

The parties agree to continue the revocation hearing in the above-captioned matter from June 19, 2008 until July 10, 2008 at 2:00 p.m. The purpose of the continuance is due to the fact that on June 16, 2008, Mr. Evans began a three week training program in carpentry and welding in San Ramon that will hopefully lead to a job with the carpentry union. He is expected to attend every day of the program with no exceptions made. United States Probation Officer Richard Brown has been contacted by defense counsel and has no objection to continuing the hearing to July 10, 2008. It is so stipulated.

DATED:   6/18/08                                       _____/S/_____
                                                                    ELIZABETH M. FALK
                                                                    Assistant Federal Public Defender

\\

1

2  DATED:   6/18/08                    _____/S/_____
                                        DENISE MARIE BARTON
3                                       Assistant United States Attorney

4
                                [PROPOSED] ORDER
5

6

7  For the reasons stated herein, the revocation hearing in the aforementioned matter is continued to

   July 10, 2008 at 2:00 p.m.
8

9

10 DATED:  June 18, 2008
                                        _____
11                                      THE HONORABLE VAUGHN R WALKER
                                        CHIEF JUDGE
12                                      UNITED STATES DISTRICT COURT

   *IT IS SO ORDERED*
   *Judge Vaughn R Walker*

13

14

15

16

17

18

19

20

21

22

23

24

25

26
   STIP & ORDER CONTINUING
   REVOCATION
   *United States v. Douglas Evans*
   CR 02-0353 VRW                       - 2 -