1    BARRY J. PORTMAN
     Federal Public Defender
2    ELIZABETH M. FALK
     Assistant Federal Public Defender
3    19th Floor Federal Building
     450 Golden Gate Avenue
4    San Francisco, CA 94102
     (415) 436-7700
5
     Counsel for Defendant EVANS
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            )   No. CR-02-353 VRW
                                          )
12                   Plaintiff,           )   **STIPULATION AND** ~~PROPOSED~~
                                          )   **ORDER FOR CONTINUANCE OF**
13        v.                              )   **STATUS DATE**
                                          )
14   DOUGLAS EVANS,                       )   Date:  June 27, 2008
                                          )   Time:  9:30 p.m.
15                   Defendant.           )   Court: The Honorable Bernard Zimmerman
     _____  )

16
     The parties hereby stipulate and agree as follows:
17
          1.   Defendant Douglas Evans hereby requests from the Court a continuance of his
18
     status conference date re: bail conditions from June 27, 2008 at 9:30 a.m. to July
19
     9, 2008 at 1:30 p.m.;
20
          2.   The reason for the request is to allow Mr. Evans to complete his carpentry
21
     apprenticeship.  He is not allowed to miss a single day of his three week training
22
     session, and a Court date of June 27, 2008 would require Mr. Evans to miss a day
23
     of training, thus not completing the apprenticeship;
24
          3.   The government has no objection to continuing the status conference date to July
25
     9, 2008 at 1:30 p.m.;
26

1    4.    The Probation Officer, Richard Brown, has been contacted about the requested

2          date change, and has no objection to a July 9, 2008 court date at 1:30 p.m.;

3    5.    For the aforementioned reasons, the parties respectfully stipulate to and request a

4          continuance of the status date in this matter to July 9, 2008, at 1:30 p.m.

5

6    Dated: June 24, 2008

7                                        _____/S/_____
                                         ELIZABETH M. FALK
8                                        Assistant Federal Public Defender

9                                        _____/S/_____
     Dated: June 24, 2008                DENISE MARIE BARTON
10                                       Assistant United States Attorney

11

12                              [PROPOSED] ORDER

13          For the reasons stated in the stipulation, and for good cause shown, the bail status date for

14   Douglas Evans is hereby continued to July 9, 2008, at 1:30 p.m.

15

16   IT IS SO ORDERED.

17   Dated: ___June 24_____, 2008

18

19                                       _____
                                         THE HONORABLE BERNARD ZIMMERMAN
                                         UNITED STATES MAGISTRATE JUDGE
20                                        THE HONORABLE NANDOR J. VADAS

21

22

23

24

25

26

CR 02-353 VRW   Stipulation Continue Status          2