UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff(s), | ) | No. CR-02-353 VRW |
| v. | ) | **ORDER MODIFYING RELEASE CONDITIONS** |
| DOUGLAS EVANS, | ) | |
| Defendant(s). | ) | |

Defendant has requested termination of electronic monitoring and modification of travel restrictions. Having evaluated the arguments of counsel and Probation, **IT IS ORDERED** that defendant's travel restrictions are modified to allow defendant to travel within the immediate Bay Area, with the exception of the Potrero District, the exact areas to be determined by his Probation Officer. The goal is to allow him to work. Defendant is also relieved of his curfew. A status hearing is set for **August 4, 2008 at 10:00 a.m.**

Dated: July 9, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\CRIMINAL\ORDERS\ORDERS.08\EVANS.AMENDED.RELEASE.wpd

1