IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-02-0353 WHA |
| Plaintiff, | )<br>)<br>) | **STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING SENTENCING**<br>**HEARING** |
| vs. | ) | |
| | )<br>) | **Current Sentencing Date: June 07, 2011**<br>Time:         2:00 p.m. |
| DOUGLAS EVANS, | ) | Judge:       Hon. William H. Alsup |
| Defendant. | )<br>)<br>) | **Proposed Sentencing Date: June 14, 2011**<br>Time:         2:00 p.m.<br>Judge:       Hon. William H. Alsup |

The above-captioned case is currently scheduled for sentencing on Tuesday, June 07, 2011 at 2:00 p.m. Mr. Evans respectfully requests that the Court continue the sentencing hearing to June 14, 2011 at 2:00 p.m. The probation officer and the government have no objection to the change and have represented that they are available for the proposed date.

Undersigned defense counsel has not received a copy of the probation officer's report and needs time to discuss it with her client and respond to it. Defense counsel therefore requests a one week continuance.

STIP & [PROPOSED] ORDER CONTINUING
SENTENCING, CR-02-0353 WHA                                   1

The parties and the probation officer jointly request that the date for sentencing in this case be continued until Tuesday, June 14, 2011 at 2:00 p.m.

**IT IS SO STIPULATED.**


June 6, 2011                    /s/
DATED                           DENISE BARTON
                                Assistant United States Attorney


 June 6, 2011                   /s/
DATED                           ELIZABETH M. FALK
                                Assistant Federal Public Defender
                                Attorney for Douglas Evans


**[PROPOSED] ORDER**

For good cause shown, the sentencing now scheduled for Tuesday, June 07, 2011 is vacated. The matter shall be added to the Court's calendar on Tuesday, June 14, 2011 at 2:00 p.m. for sentencing.

**IT IS SO ORDERED.**


 June 6, 2011.                  [signature]
DATED                           HON. WILLIAM H. ALSUP
                                United States District Court Judge

STIP & [PROPOSED] ORDER CONTINUING
SENTENCING, CR-02-0353 WHA                2